No. 82–1370.   KARAPINKA v. UNITED STATES ET AL. C. A. 3d Cir.   Certiorari denied.

No. 82–1400.   YOKUM v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–5791.   JOHNSTON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–5799.   LEWIS v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 82–5992.   KILBANE ET AL. v. MARSHALL ET AL.;

No. 82–6109.   STEELE v. TAYLOR, SUPERINTENDENT, COLUMBUS CORRECTIONAL FACILITY; and

No. 82–6169.   KILBANE v. MARSHALL.   C. A. 6th Cir. Certiorari denied.   Reported below: 684 F. 2d 1193 and 697 F. 2d 128.

No. 82–6040.   CHIRA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6059.   ALLEN v. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES GRAND LODGE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–6113.   PELLOT v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 82–6121.   BRASWELL ET AL. v. UNITED STATES. C. A. 4th Cir.   Certiorari denied.

No. 82–6122.   COCHRAN v. ILLINOIS ET AL.   Sup. Ct. Ill. Certiorari denied.

No. 82–6127.   DORSEY v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.